■ In the Matter of the Estate of PERRY LANTZ, Deceased. JOHN LANTZ, Respondent; CONSTANTINE LANTZ, as Coexecutor of PERRY LANTZ, Deceased, Appellant.—Order, Surrogate's Court, New York County (Marie M. Lambert, S.), entered on or about December 6, 1990, which, inter alia, removed Constantine Lantz as one of two co-executors of the estate of the deceased, without a hearing, reversed, on the law and the facts, without costs, and the matter remanded for a hearing. Pending the hearing the said Constantine Lantz shall continue as a co-executor of the estate.

The order was made in response to a motion by the co-executor, seeking removal pursuant to SCPA 711 on the grounds that Constantine Lantz had failed adequately to

account for his actions as directed by the Surrogate's Court. We find that in the circumstances of this case, Constantine Lantz was entitled to a hearing and to findings concerning the reasons for his removal. We remand accordingly. Concur— Milonas, J. P., Kupferman, Ross and Smith, JJ.